# UNITED STATES DISTRICT COURT
## Office of the Clerk
116 North Main Street
Harrisonburg, VA 22802
(540) 434-3181

Dear Sir or Madam:

You have been charged with a petty offense(s) in the Shenandoah National Park.

The officer has scheduled you for **mandatory hearing**. A formal summons is enclosed.

If you fail to appear as scheduled, a warrant will be issued for your arrest to be executed by the United States Marshal. If you have any questions regarding your court date, you may contact the courtroom deputy at the above address or telephone number.

Sincerely,

LAURA A. AUSTIN, CLERK

BY:	s/ Karen Dotson
	Courtroom Deputy


cc:	Hon. Joel C. Hoppe
	United States Attorney
	File

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) |
| Scott Sedwick | )  Case No. 5:23po00003 |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❒ Indictment   ❒ Superseding Indictment   ❒ Information   ❒ Superseding Information   ❒ Complaint
❒ Probation Violation Petition   ❒ Supervised Release Violation Petition   ☑ Violation Notice   ❒ Order of Court

| Place: | U.S. District Court<br>116 North Main Street<br>Harrisonburg, VA 22802 | Courtroom No.: 2nd floor |
|---|---|---|
| | | Date and Time: April 11, 2023 at 10:00 AM |

This offense is briefly described as follows:

Driving/actual physical control of motor vehicle; Damaging Government Property; Above .08 .110

Date: 3/10/2023

*Issuing officer's signature*

Hon. Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*